IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JOANN EDWARDS, on behalf of
S.E., a minor,

    Plaintiff,

v.                                                                           No. 12-1088

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

ORDER ADOPTING REPORT AND RECOMMENDATION AND AFFIRMING THE
DECISION OF THE ALJ
_____

       Before the Court is the appeal of the Plaintiff, Joann Edwards, on behalf of S.E., a minor, of the final decision of the Commissioner of Social Security (the "Commissioner") denying her application for supplemental security income. Pursuant to an order of reference dated February 1, 2017 (Docket Entry ("D.E.") 22), United States Magistrate Judge Tu M. Pham, on April 6, 2017, entered a report and recommendation, recommending that the determination of the Commissioner be affirmed (D.E. 23). As no objections to the magistrate judge's report and recommendation have been filed and the time for such objections has expired, and upon review of the record, the report and recommendation is hereby ADOPTED and the decision of the Commissioner is AFFIRMED.

       IT IS SO ORDERED this 25th day of April 2017.

                                        s/ J. DANIEL BREEN
                                        UNITED STATES DISTRICT JUDGE